Before STATE INDUSTRIAL BOARD, Respondent. LEONARD DEAN, Respondent, v. ROY JOHNSON, Appellant.

*Workmen's compensation — relationship — person who has right to engage others to do work and does employ others is independent contractor.*

Appeal from an award of the State Industrial Board, made on May 6, 1925.

PER CURIAM. The record indicates that the claimant, under his contract, might have procured the work to be done by others than himself, and did in fact

---

*Amd. by Laws of 1916, chap. 336.— [REP.

† Added by Laws of 1909, chap. 412, as amd. by Laws of 1916, chap. 323.— [REP.

employ others to this end.   As he was not required to provide his own personal services to cut the timber we think he was an independent contractor.   All concur. Award reversed and claim dismissed, with costs against the State Industrial Board.